**LAW OFFICES OF**
**NATALI J.H. TODD, P.C.**

---

**NATALI J.H. TODD**  
**MEMBER: NY & MA BAR**

26 COURT STREET  
SUITE 413  
BROOKLYN, NY 11242-1134

Tel:  718-797-3055  
Fax: 718-504-3900  
E-mail: natali_todd@yahoo.com  
www.natalitoddlawyer.com

June 29, 2020

Hon. Ronnie Abrams  
United States District Judge  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, New York 10007

    Re:    U.S. v. Brittany Martinez, 19 Cr. 12 (VSB) (RA)  
           Temporary Travel Request Modification

Dear Judge Abrams:

      This letter is respectfully submitted to request a modification for Ms. Martinez's conditions of release so that she may travel to Florida on July 6, 2020 to spend time with her father who resides in Fort Myers, Florida, and return on July 17, 2020.  Ms. Martinez's aunt will be driving to and from Florida with her family on these specific dates and Ms. Martinez will be traveling with them.  The government defers to Pre Trial who consents to this request.  Ms. Martinez is mindful of the COVID-19 pandemic and will continue to be responsible and follow the necessary guidelines.  The address of Ms. Martine's father where Ms. Martinez will be staying has been provided to pre-trial in an email.  Thank you for your consideration to this request.

Respectfully,  
/s/  
Natali Todd, Esq.  
Attorney for Brittany Martinez

cc: Rena Bolin, PTSO (by email)  
    AUSA Jarrod Schaeffer (by email)

                                      Application approved.

                                      SO ORDERED.

                                                                     _____  
                                                                     Hon. Ronnie Abrams  
                                                                     7/1/2020