LAW OFFICES OF
**NATALI J.H. TODD, P.C.**

NATALI J.H. TODD
MEMBER: NY & MA BAR

26 COURT STREET
SUITE 413
BROOKLYN, NY 11242-1134

Tel: 718-797-3055
Fax: 718-504-3900
E-mail: natali_todd@yahoo.com
www.natalitoddlawyer.com

November 14, 2020

Hon. Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
November 16, 2020

Re:    U.S. v. Brittany Martinez, 19 Cr. 12 (VSB) (RA)
       Temporary Travel Request Modification

Dear Judge Abrams:

      This letter is respectfully submitted to request a modification for Ms. Martinez's conditions of release so that she may travel to Florida on December 10th or 11, 2020 to spend an early Christmas with her dad and brother and attend her brother's baby shower which is scheduled to occur on December 13, 2020. She will stay with her dad who resides in Fort Myers, Florida, and return on December 18, 2020. Ms. Martinez is mindful of the travel rules related to COVID-19 and will adhere to the guidelines. Pre-trial officer, Rena Bolin, consents to the request and the government defers to Pre-trial. The address of Ms. Martinez's father where Ms. Martinez will be staying has been provided to pre-trial in an email. Thank you for your consideration to this request.

Respectfully,
/s/
Natali Todd, Esq.
Attorney for Brittany Martinez

cc: Rena Bolin, PTSO (by email)
    AUSA Jarrod Schaeffer (by ECF)